ACCEPTED
05-15-00049-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/9/2015 11:38:32 AM
LISA MATZ
CLERK

NO. 05-15-00049-CR

MELVIN LEE VAUGHN § IN THE COURT OF APPEALS

VS. § FOR THE FIFTH DISTRICT

THE STATE OF TEXAS § OF TEXAS AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/9/2015 11:38:32 AM
LISA MATZ
Clerk

ON APPEAL FROM THE
283RD JUDICIAL DISTRICT COURT
OF DALLAS COUNTY, TEXAS
IN CAUSE NO. F13-60500-T

MOTION TO WITHDRAW AS COUNSEL ON APPEAL

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW the undersigned attorney, and respectfully requests that she be discharged as the attorney of record for the Appellant. In support of this motion the Appellant would show the Court the following:

I.

The Appellate Division of the Dallas County Public Defender's Office was appointed by the trial court to represent Appellant in the appeal of the conviction for aggravated assault with a deadly weapon. The undersigned attorney was the attorney assigned to the case.

II.

After a full review of the record in this cause, the undersigned attorney is of the opinion that there are no arguable points of error or issues upon which an appeal can be predicated and has filed an *Anders* brief with this Court.

III.

The undersigned attorney has informed Appellant that in her professional opinion, the appeal is without merit. The undersigned attorney has also explained to Appellant that he has the right to review the record and file a pro se brief if he so desires and has sent Appellant a copy of the record. Appellant has also been informed by the undersigned attorney that he may request an extension of time from this Honorable Court to file a pro se brief if he so desires.

IV.

Appellant's last known address is:

Melvin Lee Vaughn
TDCJ # 01964957
Scott Unit
6999 Retrieve Road
Angleton, TX 77515

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney prays that this Court will grant this Motion to Withdraw as Counsel on Appeal in the above entitled and numbered cause.

Respectfully submitted

Lynn Richardson
Chief Public Defender
Dallas County

/s/ Kathleen A. Walsh
Kathleen A. Walsh
Assistant Public Defender
State Bar No. 20802200
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-2
Dallas, TX. 75207-4399
(214) 653-3550 (telephone)
(214) 653-3539 (fax)
kwalsh@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on the Appellate Division of the Dallas County Criminal District Attorney's Office at DCDAAppeals@dallascounty.org. by electronic delivery on the 9th day of July, 2015.

/s/ Kathleen A. Walsh
Kathleen A. Walsh